

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00523-CV

**OHIO DEVELOPMENT, LLC.**,
Appellant

v.

**TAPATIO SPRINGS HOMEOWNERS ASSOCIATION**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-405CCL
Honorable Bill R. Palmer, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we REVERSE the portions of the trial court's judgment that (1) order appellant "take nothing" on its claims, and (2) award attorney's fees and costs to appellee. Additionally, we RENDER judgment that (1) appellant has an express easement over Wild Turkey Boulevard. We REMAND the case to the trial court for the limited purpose of (1) entering a valid judgment conveying said easement, and (2) determining attorney's fees.

SIGNED November 27, 2019.

_____
Irene Rios, Justice